## STOKES *et al. vs.* THE STATE OF GEORGIA.

1. The facts that more than two persons, with common intent to force another to divide fish, caught by all, in a certain way, ran him off into his yard, pursuing him with brick-bats or rocks tumultuously to his home, make a riot. Code, §4514.
2. Where the court asked the defendants in a criminal case if they wished counsel, offering to furnish such counsel, which they declined, and none was appointed, there was no violation of the constitutional right to have the benefit of counsel and to defend in person or by counsel, or both. Code, §§4996, 4997; par. 4, 5, sec. 1, art. 1, const. of 1877.
Judgment affirmed.

December 2, 1834.

JACKSON, Chief Justice.

[Stokes *et al.* were indicted for riot. The facts are sufficiently stated in the head-note. After conviction, defendants moved for a new trial, on the grounds, among others, that the verdict was contrary to law and evidence, and that they had not been accorded their constitutional right of representation by counsel. As to the last ground, the judge certified that, upon the call of the case, he inquired if the defendants were represented by counsel, and on receiving a negative answer, explained to them their constitutional right to such representation, and offered to furnish them with counsel, if they so desired, and were unable to employ attorneys; and that defendants stated that they did not so desire. The motion was overruled, and defendants excepted.]